IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-75

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| XIOMARA AMPARO (2) ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon motions of the defendant to extend her reporting date to the Bureau of Prisons (BOP) until her children complete their school year, (Doc. No. 168), and for permission to travel temporarily to the Dominican Republic to attend her father's funeral, (Doc. No. 170). The United States Attorney's Office opposes the travel outside the country, but does not oppose extending the BOP reporting date. (Doc. No. 171: Response).

For the reasons stated in the motions, the Court finds good cause to grant the requests.

**IT IS, THEREFORE, ORDERED** that the defendant's motion to extend the reporting date to her designated BOP facility, (Doc. No. 168), is **GRANTED** and the deadline is extended until June 15, 2012, during which she shall remain under the previously ordered bond conditions, (Doc. No. 33: Order Setting Conditions of Release).

**IT IS FURTHER ORDERED** the defendant may travel to the Dominican Republic for up to 10 days for the purpose of attending her father's funeral. However, the defendant's passport may not be returned to her and she may not travel until she provides United States Probation Office (USPO) her daily itinerary. While traveling the defendant must report to the USPO daily. All other conditions remain unchanged. At the conclusion of the travel, the defendant shall surrender her passport to the USPO.

**IT IS FURTHER ORDERED** that the government's motion to seal, (Doc. No. 172), is **GRANTED** in part and **DENIED** in part. The government's Response, which refers to matters in the Presentence Report, is sealed pending further order of the Court; however, there is no need to seal this Order.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: May 23, 2012

Robert J. Conrad, Jr.
Chief United States District Judge